C.G.

                                   Plaintiff,

v.                                                 Case No.: 1:25–cv–13406
                                                   Honorable Rebecca R. Pallmeyer

Deerfield Public Schools District 109, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

          MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff C.G., a minor, seeks a temporary restraining order and preliminary injunction against the Deerfield Public Schools District 109 and school officials. She asks the court to enjoin the alleged policy at Alan B. Shepard Middle School "of allowing biological male students access to girls' locker room and other female–only intimate spaces at the School based only on those male students' self–declared preferences." C.G. alleges that in February of this year, she was "forced" to undress in the presence of a male student ("Student B.", a transgender seventh grader) while staff "watched to ensure compliance" with the purported policy. Defendants argue that C.G. lacks standing to seek this relief, and the court agrees. As of October 2025, Plaintiff has voluntarily withdrawn from the school and therefore faces no "real and immediate threat" of future harm. Nor would she face such a threat, were she to return: C.G. was not in the same physical education class with Student B. and would not be in that class, should she choose to re–enroll at Alan B. Shepard Middle School. As explained in the Declaration of Cathy Van Treese, the school's assistant principal, no transgender girl in C.G.'s physical education class uses the girls' locker room. Defendant school officials deny that any adult ever monitored or observed C.G. dressing in the locker room, but the court makes no findings on that issue, or on the injury C.G. alleges she suffered in the past. Nor does the court, for now, address the parties' arguments about the merits of C.G.'s Equal Protection Clause, Title IX, or First Amendment claims. Today's ruling is limited: Plaintiff's motion for TRO and preliminary injunction [18] are denied. Motion for leave to file supplemental declaration of Cathy Van Treese [26] is granted. The January 23, 2026 date for Defendants' responsive pleading stands. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.